UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
DETROIT DIVISION

| | |
|---|---|
| LATOYA HILL, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>- against -<br><br>CBM SERVICES, INC.,<br><br>      Defendant. | Docket No: 2:18-cv-10177-AC-RSW |

**DISMISSAL ORDER**

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' February 5, 2019 Stipulation of Dismissal, all claims asserted against Defendant CBM Services, Inc. in Civil Action No. 2:18-cv-10177-AC-RSW, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

SO ORDERED THIS __5th__ day of __February__, 2019.

_____
HONORABLE AVERN COHN
UNITED STATES DISTRICT JUDGE